# In the United States Court of Federal Claims

No. 12-503 C

**UNITED STATES MARINE, INC.**

**JUDGMENT**

v.

**THE UNITED STATES**

    Pursuant to the court's Order and the parties' stipulation for entry of judgment, filed March 12, 2014,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $100,000.00, inclusive of interest. Each party shall bear its own costs, expenses and attorneys' fees.

    Hazel C. Keahey
    Clerk of Court

**March 18, 2014**    By:    s/ Debra L. Samler

    Deputy Clerk